IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS F. MOSSER, II | :02-CV-3201 |
| | : |
| (Plaintiff) | : |
| | : |
| vs. | : |
| | : |
| TODD BUSKIRK, STEVE GERMANO | : |
| AND JIM APGAR | : |
| | |
| (Defendants) | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURTS:**

    Kindly enter my appearance on behalf of defendants, Todd Buskirk, Steve Germano and Jim Apgar.

                            DEVLIN AND DEVINE

                            BY: _____
                                David P. Karamessinis, Esquire
                                Attorney for Defendants

                                100 West Elm Street
                                Suite 200
                                Conshohocken, PA  19428
                                610-397-4635

Date: _____