IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS F. MOSSER, II | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TODD BUSKIRK, et al. | : | No. 02-3201 |

### O R D E R

AND NOW, this _____ day of February, 2003, upon consideration of Defendants Todd Buskirk, Jim Apgar, Steve Germano, Ed Lambert, and Mike Volpe's Motion to Dismiss (Docket No. 10), IT IS HEREBY ORDERED that Defendants' Motion is **GRANTED**.[1]

IT IS HEREBY FURTHER ORDERED THAT the Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

_____
HERBERT J. HUTTON, J.

---

[1] As a result of the Plaintiff's failure to respond to the Defendants' Motion, the Court treats this Motion as uncontested pursuant to Rule 7.1(c) of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania. E.D. Pa. R. Civ. P. 7.1(c). Rule 7.1(c) states that, except for Summary Judgment motions, "any party opposing the motion shall serve a brief in opposition, together with such answer or other response which may be appropriate, within fourteen (14) days after service of the motion and supporting brief. In the absence of a timely response, the motion may be granted as uncontested . . . ." Id. The Plaintiff has failed to respond to the instant Motion. Accordingly, the Court grants the Defendants' Motion pursuant to Local Rule 7.1(c).